

**Michelle Goldman**
Associate

1251 Avenue of the Americas
New York, New York 10020

**T**: 973-422-2938
**F**: 973-597-2400
**E**: mgoldman@lowenstein.com

November 10, 2022

**VIA E-MAIL**

Law Offices of Albert Rizzo, P.C.
110 East 59th Street, 22nd Fl.
New York, New York 10022
(212) 679-5799
arizzo@rizzolawoffices.com

Re: *American Integrated Security Group Inc. v. Terra Sound Technology, LLC and Ferus Security Partners, LLC*
Civil Action No. 1:22-cv-02773-ENV-MMH

Dear Mr. Rizzo:

As you know, we represent Defendant Ferus Security Partners, LLC ("Defendant Ferus") in the above-referenced matter. Served herewith please find the Reply Memorandum of Law in Further Support of Defendant Ferus Security Partners, LLC's Motion to Dismiss the Amended Complaint.

Per the Court's September 15, 2022 Order, Defendant Ferus will file the fully briefed motion today on ECF in accordance with Individual Rule III.D (the "Bundling Rule").

Very truly yours,

*/s/ Michelle Goldman*
Michelle Goldman


cc: All Counsel of Record (via E-Mail)